505 A.2d 599

**Doris LYLES, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION**

v.

**CITY OF PHILADELPHIA and Essie L. Francis.**

Supreme Court of Pennsylvania.

Nov. 12, 1985.

Petition for Allowance of Appeal GRANTED, No. 148 E.D. Appeal Docket 1985.